32 So.2d 185
### Edgar RHODES v. STATE.
6 Div. 340.

Court of Appeals of Alabama.
May 6, 1947.

Gordan Davis, of Tuscaloosa, for appellant.

678

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.